KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
BRIAN L. FERRALL - #160847
DANIEL E. JACKSON - #216091
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

WHITE & CASE, LLP
STEVEN D. HEMMINGER - #110665
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:  (650) 213-8158

HAYNES AND BOONE, LLP
DONALD C. TEMPLIN (*Admitted Pro Hac Vice*)
901 Main Street, Suite 3100
Dallas, TX  75202
Telephone:  (214) 651-5000
Facsimile:  (214) 651-5940

Attorneys for Plaintiff
TAIWAN SEMICONDUCTOR MANUFACTURING
COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SEMICONDUCTOR MANUFACTURING INTERNATIONAL CORPORATION; SEMICONDUCTOR MANUFACTURING INTERNATIONAL (SHANGHAI) COMPANY, LTD.; and SMIC AMERICAS, <br><br> Defendants. | Case No. C-03-5761 MMC JCS <br><br> **PLAINTIFF'S REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER** <br><br> Courtroom:  A , 15th Floor <br> Judge:      The Honorable Joseph C. Spero |

Pursuant to Civil Local Rules 7-10 and 79-5, and the August 10, 2004 Order of this Court granting Plaintiff's Request to File Documents Under Seal, Plaintiff Taiwan Semiconductor Manufacturing Co., Ltd. ("TSMC"), through its undersigned counsel, hereby requests that the Court permit TSMC to file the following document under seal:

- The unredacted version of the Reply In Support of Plaintiff's Motion to Compel Defendants' Production of Documents Required by Patent Local Rule 3-4(a).

The unredacted version of TSMC's reply brief contains references to TSMC trade secret information in Exhibit C to the Declaration of Jeffrey R. Chanin in Support of Plaintiff's Motion to Compel Defendants' Production of Documents Required by Patent Local Rule 3-4(a), which is entitled to confidential treatment under Patent Local Rule 2-2, and which this Court ordered to be sealed on August 10, 2004. *See* Order granting Plaintiff's Request to File Documents Under Seal (filed August 10, 2004).

In light of the foregoing, TSMC requests that the Court allow TSMC to file under seal the unredacted version of its Reply In Support of Plaintiff's Motion to Compel Defendants' Production of Documents Required by Patent Local Rule 3-4(a). TSMC respectfully submits that this Request to File Documents Under Seal is narrowly tailored within the meaning of Civil Local Rule 79-5. TSMC therefore requests that the Court permit the sealing of the documents set forth above, and order that the Clerk of the Court maintain them in accordance with the provisions of Local Civil Rule 79-5(e).

Dated: August 13, 2004                                                 KEKER & VAN NEST, LLP

                                                                       By: ___/s/  Daniel E. Jackson_____
                                                                       DANIEL E. JACKSON
                                                                       Attorneys for Plaintiff
                                                                       TAIWAN SEMICONDUCTOR
                                                                       MANUFACTURING COMPANY, LTD.

1 **[PROPOSED] ORDER**

2   Pursuant to Civil Local Rules 7-10 and 79-5, and the August 10, 2004 Order of this Court
3 granting Plaintiff's Request to File Documents Under Seal, Plaintiff Taiwan Semiconductor
4 Manufacturing Co., Ltd. ("TSMC") has applied to this Court for an order permitting it to file
5 under seal the unredacted version of its Reply In Support of Plaintiff's Motion to Compel
6 Defendants' Production of Documents Required by Patent Local Rule 3-4(a).
7   GOOD CAUSE APPEARING THEREFOR, TSMC's request is hereby GRANTED. The
8 Clerk is directed to maintain the unredacted version of TSMC's Reply In Support of Plaintiff's
9 Motion to Compel Defendants' Production of Documents Required by Patent Local Rule 3-4(a)
10 in accordance with the provisions of Civil Local Rule 79-5(e).

12   IT IS SO ORDERED.

14 Dated:   August 16, 2004         /s/ Joseph C. Spero
                                    HON. JOSEPH C. SPERO
15                                   United States Magistrate Judge

336814.01

2
PLAINTIFF'S REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER
CASE NO. C-03-5761 MMC JCS